William Vanover, et al., Plaintiffs-Appellants, v. Clyde Kreher, Defendant-Appellee.
Bert Kreher, Third Party Plaintiff-Appellee, v. William Vanover, Third Party Defendant-Appellant.

Gen. No. 66–124.

Fifth District.

April 15, 1967.

Meyer and Meyer, of Belleville, for appellants; Brady, Donovan & Hatch, of Belleville, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.